UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**JOY MCCRICKARD,**

      **Plaintiff,**

v.                  Civil Action No. 3:09cv5

**VALENTINE & KEBARTAS, INC.,**
and
**JOHN DOE, a/k/a "Steve Carroll",**

      **Defendants.**

## ORDER

It appearing to the Court that all matters in dispute herein have been compromised and settled, the Complaint herein is ORDERED to be dismissed with prejudice.

_February 26, 2009_          /s/ REP
  Date               United Stated District Court Judge

I ask for this:

_/s/ Dale W. Pittman_
By: Dale W. Pittman, VSB#15673
Counsel for Joy McCrickard
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com